No. 72–240.   HARPER *v.* UNITED STATES.   Appeal from C. A. 1st Cir.   Motion to dispense with printing jurisdictional statement granted.   Appeal dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5007.   CORRADO *v.* RHODE ISLAND BAR ASSN. Appeal from Sup. Ct. R. I. dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5290.   BIRDWELL *v.* WASHINGTON.   Appeal from Ct. App. Wash. dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–319.   KENNECOTT COPPER CORP. ET AL. *v.* STATE TAX COMMISSION OF UTAH.   Appeal from Sup. Ct. Utah.   Motions of Financial Executives Institute, Tax Executives Institute, Inc., and Committee on State Taxation of the Council of State Chambers of Commerce et al. for leave to file briefs as *amici curiae* granted.   Appeal dismissed for want of substantial federal question. MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. A–410 (72–5579).   BEKENY ET UX. *v.* WANDSCHNEIDER, EXECUTOR, ET AL.   C. A. 2d Cir.   Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.